FILED
December 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **JORGE LUIS TORRES VILLASANA,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | **CIVIL NO. SA-25-CV-1579-OLG** |
| **KRISTI NOEM** *et al.*, § | |
| § | |
| Respondents. § | |

**O R D E R**

On November 25, 2025, Petitioner Jorge Luis Torres Villasana filed a Petition for a Writ of Habeas Corpus (Dkt. No. 1) pursuant to 28 U.S.C. § 2241. At that time, Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 3).

Upon consideration, **IT IS ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1), Motion (Dkt. No. 3), and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the United States Attorney on behalf of all Respondents at the following addresses:

**Mary F. Kruger**
**U.S. Attorney's Office**
**Chief, Civil Division**
**601 NW Loop 410, Suite 600**
**San Antonio, Texas 78216**

**Warden**
**South Texas Detention Complex**
**566 Veteran Drive**
**Pearsall, Texas 78061**

Absent further order of the Court, such deliveries will constitute sufficient service of process upon all Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file responses to the Petition (Dkt. No. 1) and Motion (Dkt. No. 3) within **fourteen (14) days** of service.

**IT IS FURTHER ORDERED** that, if Petitioner elects to file replies, Petitioner may do so no later than **seven (7) days** after Respondents file their responses.

**SIGNED** this 2nd day of December, 2025.

                                                  ORLANDO L. GARCIA
                                                  UNITED STATES DISTRICT JUDGE